# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **PCA-CORRECTIONS, LLC d/b/a PCA PHARMACY,** | ) CASE NO. 1:20-CV-428 |
| Plaintiff, | ) **Judge Matthew W. McFarland** |
| v. | ) |
| **AKRON HEALTHCARE LLC, *et al.*,** | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR A STAY OF SUMMARY JUDGMENT BRIEFING

This matter comes before the Court on Defendants' Motion for a Stay of Summary Judgment Briefing [Doc. 36]. Having considered the motion and all responses and arguments related thereto, the Court hereby **GRANTS** the motion.

The Court hereby **STAYS** the deadline for Defendants Akron Healthcare LLC, Belden Village Healthcare LLC, Bellefontaine Healthcare LLC, Euclid Beach Healthcare LLC, Greenville Healthcare LLC, Holly Glen Healthcare LLC, Jackson Healthcare LLC, Madeira Healthcare LLC, Mayfield Heights Healthcare LLC, North Olmsted Healthcare LLC, Oregon Healthcare LLC, Piqua Healthcare LLC, Portsmouth Healthcare LLC, Uptown Westerville Healthcare LLC, Waterville Healthcare LLC, Wauseon Healthcare LLC, Woodridge Healthcare LLC, and Boulder Operations Holdings LLC a/k/a Reach LTC Ohio to respond to plaintiff's Motion for Summary Judgment.

If this case does not resolve, the Court directs the parties to prepare a proposed case management schedule, including deadlines for fact discovery and further briefing, before the Status Conference set for February 2, 2021.

_____
Hon. Matthew W. McFarland
U.S. District Court Judge