IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PCA-CORRECTIONS, LLC, d/b/a PCA PHARMACY, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> AKRON HEALTHCARE, LLC, *et al.*, <br><br> *Defendants.* | Case No. 1:20-cv-00428 <br><br> Judge Jeffery P. Hopkins |

## ORDER STAYING CASE

This matter is before the Court on the Suggestion of Bankruptcy and Notice of Automatic Stay of Proceedings (Doc. 95) (the "Notice") filed by Defendants Akron Healthcare LLC, Belden Village Healthcare LLC, Bellefontaine Healthcare LLC, Euclid Beach Healthcare LLC, Greenville Healthcare LLC, Holly Glen Healthcare LLC, Jackson Healthcare LLC, Madeira Healthcare LLC, Mayfield Heights Healthcare LLC, North Olmsted Healthcare LLC, Oregon Healthcare LLC, Piqua Healthcare LLC, Portsmouth Healthcare LLC, Uptown Westerville Healthcare LLC, Waterville Healthcare LLC, Wauseon Healthcare LLC, Woodridge Healthcare LLC, and Boulder Operations Holdings LLC (collectively, the "Alleged Debtors"). The Alleged Debtors represent that voluntary bankruptcy petitions for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, were filed against them on July 29, 2022. Doc. 95, PageID 2939.

The filing of these voluntary bankruptcy petitions automatically stays the present action as to the Alleged Debtors. *See* 11 U.S.C. § 362(a)(1). Although the automatic stay does not extend to the remaining three Defendants—Boulder Healthcare LLC, an Ohio limited

liability company, and individuals Ariel Fein and Samuel Goldner—the Court finds the entirety of this case should be stayed pending expiration of the automatic stay. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *see also Patton v. Bearden*, 8 F.3d 343 (6th Cir. 1993) (recognizing that the automatic stay does not normally extend to nondebtors).

Accordingly, this case is hereby **STAYED**. The parties are **ORDERED** to file a joint status report within thirty (30) days of the expiration of the automatic stay.

**IT IS SO ORDERED.**

September 1, 2023

Jeffery P. Hopkins
United States District Judge